AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**BRYANT C. HOWARD**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 21, 2006** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Glock 10mm semi-automatic handgun and .40 caliber ammunition.

in violation of Title **18** United States Code, Section(s) **922(g)(1)**.

I further state that I am **OFFICER MARK NASSAR**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER MARK NASSAR**
**FIRST DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**
Date                                                                                  City and State

_____   _____

Name & Title of Judicial Officer           Signature of Judicial Officer

## **STATEMENT OF FACTS**

On January 21, 2008, sworn officers with the Metropolitan Police Department conducted a traffic stop in the 1500 block of Maryland Avenue, N.E., Washington, D.C. The defendant, Bryant Howard, was operating the vehicle. As one of the officers approached the vehicle, they observed the bottom floor plate of a gun magazine sticking out of the map pocket on the rear of the front passenger seat. The defendant was removed from the vehicle and a Glock 10mm semi-automatic handgun, loaded with 13 rounds of .40 caliber ammunition was recovered from the map pocket. Officers placed the defendant under arrest. The vehicle is registered to the defendant and a female. To the best of the undersigned officer's knowledge, defendant Bryant Howard, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the United States District Court for the District of Columbia, Criminal Case No. 03-0001 and in D.C. Superior Court Criminal Case No. 1996-FEL-010361. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of the undersigned officer's knowledge there are no Glock 10mm semi-automatic handguns nor .40 caliber ammunition manufactured in the District of Columbia.

```
                              _____
                              OFFICER MARK NASSAR
                              FIRST DISTRICT, MPD
```

SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF JANUARY, 2008.

```
                              _____
                              U.S. MAGISTRATE JUDGE
```