Bryant C. Howard
08-M-039

FILED

JAN 24 2008

Clerk, U.S. District and
Bankruptcy Courts

2008 FDC 001761    File Date 01/22/2008
UNITED STATES vs. BRYANT CHARLES HOWARD
aka BRYANT CHARLES HOWARD
PDID # 490593
Lock up number 20

L # 20

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES  TOT
No._____

Vs.   P.D.I.D. No. 490593

Bryant Howard (Defendant)

[X] This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: 1/23/08

### COMMITMENT/RELEASE

[X] NO BOND
[ ] BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: 1/23/08

[ ] Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on: _____

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: _____

Address: _____

Telephone No. _____

DEFENDANT'S NAME: _____

Address: _____

_____   Telephone No. _____

DEFENDANT'S SIGNATURE: _____

DATE: 1/22/08      _____
                   JUDICIAL OFFICER PRESIDING

white-court          yellow-usao          Pink-defense

CD-3026/Mar 03

Recieved by Fisher, D  1/22/08  1628

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CRIMINAL DIVISION**
**FORM FOR U.S. DISTRICT COURT CASES**

MAG. UNITED STATES No. _08-039M-01_

TOT

Vs.

P.D.I.D. No. _490-593_

_Bryant Howard_ (Defendant)

[✓] This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: _1/23/08 @ 1:30 p.m. before USMJ Deborah Robinson in Ctrm. No. 4, 2nd Floor US Dist. Ct._

COMMITMENT/RELEASE

[ ] NO BOND
[ ] BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: _____

[ ] Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on:_____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name:_____

Address:_____

Telephone No._____

DEFENDANT'S NAME:_____ --

Address:_____

_____  Telephone No._____

DEFENDANT'S SIGNATURE:_____

DATE:_____    _____
JUDICIAL OFFICER PRESIDING

white-court        yellow-usao        Pink-defense

CD-3026/Mar. 03

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

BRYANT C. HOWARD
DOB:
PDID:
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 21, 2006** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Glock 10mm semi-automatic handgun and .40 caliber ammunition.

in violation of Title **18** United States Code, Section(s) **922(g)(1)**.

I further state that I am **OFFICER MARK NASSAR**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
**OFFICER MARK NASSAR**
**FIRST DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____     at   **Washington, D.C.**
Date                                              City and State

_____          _____
Name & Title of Judicial Officer                Signature of Judicial Officer

## STATEMENT OF FACTS

On January 21, 2008, sworn officers with the Metropolitan Police Department conducted a traffic stop in the 1500 block of Maryland Avenue, N.E., Washington, D.C. The defendant, Bryant Howard, was operating the vehicle. As one of the officers approached the vehicle, they observed the bottom floor plate of a gun magazine sticking out of the map pocket on the rear of the front passenger seat. The defendant was removed from the vehicle and a Glock 10mm semi-automatic handgun, loaded with 13 rounds of .40 caliber ammunition was recovered from the map pocket. Officers placed the defendant under arrest. The vehicle is registered to the defendant and a female. To the best of the undersigned officer's knowledge, defendant Bryant Howard, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the United States District Court for the District of Columbia, Criminal Case No. 03-0001 and in D.C. Superior Court Criminal Case No. 1996-FEL-010361. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of the undersigned officer's knowledge there are no Glock 10mm semi-automatic handguns nor .40 caliber ammunition manufactured in the District of Columbia.

*Mark Nassar*
OFFICER MARK NASSAR
FIRST DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF JANUARY, 2008.

U.S. MAGISTRATE JUDGE

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By *Melinda L Pugh*
Deputy Clerk