**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 08MJ039 |
| | : | |
| | : | |
| **BRYANT CHARLES HOWARD** | : | |
| | : | |
| Defendant. | : | |

==============================

## MOTION FOR SUBSTITUTION OF COUNSEL

BRYANT CHARLES HOWARD, by and through undersigned counsel, Billy L. Ponds, of the Ponds Law Firm, and Harry Tun, Esquie respectfully submits this Motion for Substitution of Counsel and requests that the Court issue an Order granting this Motion for Substitution of Counsel. As grounds for this request, the defendant states as follows:

Undersigned counsel was recently retained to represent Mr. Bryant Charles Howard in the above-captioned case. Mr. Howard desires to have the appearance of his current attorney, Laural Quinn, Esquire, withdrawn as his counsel of record in this case.

Accordingly, it is Mr. Howard request that the appearance of Mr. Seltzer be withdrawn as counsel of record and substituted by the undersigned attorney in this case.

WHEREFORE, for the above-stated reasons, the defendant respectfully requests that the Court grant the Motion for Substitution of Counsel.

                                                              Bryant Charles Howard
                                                              By Counsel

2

        Respectfully submitted,

        /s/ Billy L. Ponds\_\_\_\_
        Billy L. Ponds
        The Ponds Law Firm
        Bar No.: 379883
        3218 O Street, NW
        Suite Two
        Washington, D.C. 20007
        202-333-2922

        /s/ Harry Tun_____
        Harry Tun
        Bar No.: 416262
        400 Fifth Street, NW
        Suite 300
        Washington, DC 2001
        (202) 393-2882

**CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of this Motion for Substitution of Counsel was sent via e-fling, facsimile and first class mail to assigned Assistant United States Attorney, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 and to Laural Quinn, 625 Indiana Avenue, NW, Suite 500, Washington, DC 20004 on this 1st day of November, 2008.

        /s/ Michelle Anapol
        Michelle Anapol

3

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No.: 08-MJ-039 |
| : | |
| : | |
| **BRYANT CHARLES HOWARD,** : | |
| : | |
| **Defendant.** : | |

==============================

## ORDER

THIS CAUSE having come before the Court on the Motion for Substitution of Counsel, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that the Motion for Substitution of Counsel is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the appearance of Billy L. Ponds, Esquire and Harry tun Esquire replace Laural Quinn, Esquire as counsel of record.

_____
JUDGE

cc: Billy L. Ponds
The Ponds Law Firm
3218 O Street, NW
Suite Two
Washington, DC 20007

Jessie Liu
Assistant United States Attorney
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Laura Quinn, Esquire
625 Indiana Avenue, N.W.
Suite 500
Washington, D.C. 20004