UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**     :
                                            :
      v.                                :      Case No.: 08-MJ-039      :
                                            :
**BRYANT CHARLES HOWARD**    :
                                           :
         **Defendant.**         :
===============================

## **PRAECIPE**

TO THE CLERK OF THE AFORESAID COURT:

      Kindly note the appearance of the below-signed attorneys as counsel of record for the defendant in this case.

                                      Bryant Charles Howard
                                      By Counsel

                                      Respectfully submitted,

                                      */s/Billy L. Ponds*
                                      Billy L. Ponds
                                      The Ponds Law Firm
                                      Bar No.: 379883
                                      3218 O Street, NW
                                      Suite Two
                                      Washington, D.C. 20007
                                      Phone:202-333-2922
                                      Fax:  202 3334114
                                      PLF@aol.com

                                      */s/Harry Tun*
                                      Harry Tun
                                      Bar No.: 416262
                                      400 Fifth Street, NW
                                      Suite 300
                                      Washington, DC 2001
                                      Phone: (202) 393-2882
                                      Fax:    (202) 783-5407
                                      tunharry@aol.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true and complete copy of this Notice of Appearance was sent via e filing, mail to Office of the United States Attorney, 555 4th Street NW, Washington DC 20530 and to Patrick Knight, 6401 85th Place, New Carrollton, Maryland 20784 on this 1st day of February, 2008.

                                                /s/ Hary Tun
                                                Harry Tun