UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :

v.                               :         MAGISTRATE NO. 08-0039M-01 (CR)

BRYANT C. HOWARD,                :

                                         **FILED**

**DISMISSAL**                            FEB **2 6** 2008

                                         NANCY MAYER WHITTINGTON, **CLERK**
                                         U.S. DISTRICT COURT

The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned case, without prejudice, and order the forthwith release and discharge of the above-named defendant on these charges.

                    JEFFREY A. TAYLOR
                    UNITED STATES ATTORNEY
                    Bar No. 4978610

            BY:     _____
                    VINCENT CAPUTY
                    ASSISTANT UNITED STATES ATTORNEY
                    Bar No. 362-341
                    Federal Major Crimes Section
                    555 4th Street, N.W., Room 4647
                    Washington, D.C. 20530
                    (202) 514-6972
                    Vincent.Caputy@usdoj.gov

APPROVED AND GRANTED THIS 26
DAY OF February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE